UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

STATE OF NEW JERSEY and STATE OF NEW YORK,

        Plaintiffs,

    v.

UNITED STATES DEPARTMENT OF TRANSPORTATION; SEAN DUFFY, in his official capacity as Secretary of Transportation; FEDERAL RAILROAD ADMINISTRATION; DAVID FINK, in his official capacity as Administrator of the Federal Railroad Administration; FEDERAL TRANSIT ADMINISTRATION; MARCUS J. MOLINARO, in his official capacity as Administrator of the Federal Transit Administration; BUILD AMERICA BUREAU; and DR. MORTEZA FARAJIAN, in his official capacity as Executive Director of the Build America Bureau,

        Defendants.

------------------------------------------------------------x

26 Civ. 939 (JAV)

**NOTICE OF APPEAL**

    All defendants appeal to the United States Court of Appeals for the Second Circuit from the Opinion and Order granting a preliminary injunction entered on February 6, 2026 (ECF No. 45).

Dated:    New York, New York
           February 8, 2026

Respectfully submitted,

JAY CLAYTON
United States Attorney for the
Southern District of New York
Attorney for Defendants

By:    /s/ CHIBOGU NNEKA NZEKWU
       C. Nneka Nzekwu
       Tara Schwartz
       Assistant United States Attorney
       86 Chambers Street
       New York, New York 10007
       Telephone: (212) 637-2737/2633
       E-mail: chibogu.nzekwu@usdoj.gov
               tara.schwartz@usdoj.gov

APPEAL,ECF

# U.S. District Court
## Southern District of New York (Foley Square)
### CIVIL DOCKET FOR CASE #: 1:26–cv–00939–JAV

| | |
|---|---|
| State of New Jersey et al v. United States Department of Transportation et al<br>Assigned to: Judge Jeannette A. Vargas<br>Cause: 05:551 Administrative Procedure Act | Date Filed: 02/03/2026<br>Jury Demand: None<br>Nature of Suit: 899 Other Statutes: Administrative Procedures Act/Review or Appeal of Agency Decision<br>Jurisdiction: U.S. Government Defendant |

**Plaintiff**

| | | |
|---|---|---|
| **State of New Jersey** | represented by | **Shankar Duraiswamy**<br>New Jersey Office of the Attorney General<br>25 Market Street<br>PO Box 080<br>Trenton, NJ 08625<br>609–649–1019<br>Email: shankar.duraiswamy@njoag.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **Jake Mazeitis**<br>33 Washington Street<br>9th Floor<br>Newark, NJ 07102<br>816–462–5604<br>Email: jake.mazeitis@njoag.gov<br>*ATTORNEY TO BE NOTICED* |
| | | **Janine Siran Balekdjian**<br>25 Market Street<br>Trenton, NJ 08625<br>201–264–9240<br>Email: janine.balekdjian@njoag.gov<br>*ATTORNEY TO BE NOTICED* |
| | | **Jeremy M. Feigenbaum**<br>Office of The New Jersey Attorney General<br>Richard J. Hughes Justice Complex<br>25 Market Street, 8th Floor, West Wing<br>Trenton, NJ 08625<br>(609)–376–2690<br>Email: Jeremy.Feigenbaum@njoag.gov<br>*ATTORNEY TO BE NOTICED* |
| | | **Lauren Elizabeth Van Driesen**<br>Division of Law<br>Special Litigation<br>124 Halsey Street<br>Newark, NJ 07101<br>973–648–2566<br>Email: lauren.vandriesen@law.njoag.gov<br>*ATTORNEY TO BE NOTICED* |
| | | **Naima Drecker–Waxman**<br>New Jersey Office of the Attorney General<br>25 Market Street<br>PO Box 080<br>Newark, NJ 08625<br>917–692–7716 |

        Email: naima.drecker–waxman@njoag.gov
*ATTORNEY TO BE NOTICED*

**Rabia Claire Muqaddam**
NYS Office of The Attorney General
28 Liberty Street
New York, NY 10005
917–715–4172
Email: rabia.muqaddam@ag.ny.gov
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**State Of New York**     represented by     **Jessica Grace Ranucci**
NYS Office of The Attorney General
28 Liberty Street
New York, NY 10005
929–736–3392
Email: jessica.ranucci@ag.ny.gov
*ATTORNEY TO BE NOTICED*

**Stephen Christopher Thompson**
NYS Office of The Attorney General
28 Liberty Street
New York, NY 10005
212–416–6183
Email: stephen.thompson@ag.ny.gov
*ATTORNEY TO BE NOTICED*

**Rabia Claire Muqaddam**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**United States Department of Transportation**     represented by     **Chibogu Nneka Nzekwu**
DOJ–USAO
Sdny
86 Chambers Street
New York, NY 20002
917–836–4458
Email: Chibogu.Nzekwu@usdoj.gov
*ATTORNEY TO BE NOTICED*

**Tara Schwartz**
DOJ–USAO
86 Chambers St
New York, NY 10007
212–637–2633
Email: tara.schwartz@usdoj.gov
*ATTORNEY TO BE NOTICED*

**Defendant**

**Sean Duffy**
*in his official capacity as Secretary of Transportation*     represented by     **Chibogu Nneka Nzekwu**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Tara Schwartz**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

| | | |
|---|---|---|
| **Federal Railroad Administration** | represented by | **Chibogu Nneka Nzekwu** (See above for address) *ATTORNEY TO BE NOTICED* |
| | | **Tara Schwartz** (See above for address) *ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **David Fink** *in his official capacity as Administrator of the Federal Railroad Administration* | represented by | **Chibogu Nneka Nzekwu** (See above for address) *ATTORNEY TO BE NOTICED* |
| | | **Tara Schwartz** (See above for address) *ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **Federal Transit Administration** | represented by | **Chibogu Nneka Nzekwu** (See above for address) *ATTORNEY TO BE NOTICED* |
| | | **Tara Schwartz** (See above for address) *ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **Marcus J. Molinaro** *in his official capacity as Administrator of the Federal Transit Administration* | represented by | **Chibogu Nneka Nzekwu** (See above for address) *ATTORNEY TO BE NOTICED* |
| | | **Tara Schwartz** (See above for address) *ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **Build America Bureau** | represented by | **Chibogu Nneka Nzekwu** (See above for address) *ATTORNEY TO BE NOTICED* |
| | | **Tara Schwartz** (See above for address) *ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **Dr. Morteza Farajian** *in his official capacity as Executive Director of the Build America Bureau* | represented by | **Chibogu Nneka Nzekwu** (See above for address) *ATTORNEY TO BE NOTICED* |
| | | **Tara Schwartz** (See above for address) *ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 02/03/2026 | 1 | COMPLAINT against Build America Bureau, Sean Duffy, Dr. Morteza Farajian, Federal Railroad Administration, Federal Transit Administration, David Fink, Marcus J. Molinaro, United States Department of Transportation. (Filing Fee $ 405.00, Receipt Number ANYSDC−32359250)Document filed by State of New Jersey, State Of New York. (Attachments: # 1 Exhibit 1).(Muqaddam, Rabia) (Entered: 02/03/2026) |

| | | |
|---|---|---|
| 02/03/2026 | 2 | CIVIL COVER SHEET filed..(Muqaddam, Rabia) (Entered: 02/03/2026) |
| 02/03/2026 | 3 | REQUEST FOR ISSUANCE OF SUMMONS as to United States Department of Transportation, re: 1 Complaint,. Document filed by State Of New York, State of New Jersey..(Muqaddam, Rabia) (Entered: 02/03/2026) |
| 02/03/2026 | 4 | REQUEST FOR ISSUANCE OF SUMMONS as to Sean Duffy in his official capacity as Secretary of Transportation, re: 1 Complaint,. Document filed by State Of New York, State of New Jersey..(Muqaddam, Rabia) (Entered: 02/03/2026) |
| 02/03/2026 | 5 | REQUEST FOR ISSUANCE OF SUMMONS as to Federal Railroad Administration, re: 1 Complaint,. Document filed by State Of New York, State of New Jersey..(Muqaddam, Rabia) (Entered: 02/03/2026) |
| 02/03/2026 | 6 | REQUEST FOR ISSUANCE OF SUMMONS as to David Fink in his official capacity as Administrator of the Federal Railroad Administration, re: 1 Complaint,. Document filed by State Of New York, State of New Jersey..(Muqaddam, Rabia) (Entered: 02/03/2026) |
| 02/03/2026 | 7 | REQUEST FOR ISSUANCE OF SUMMONS as to Federal Transit Administration, re: 1 Complaint,. Document filed by State Of New York, State of New Jersey..(Muqaddam, Rabia) (Entered: 02/03/2026) |
| 02/03/2026 | 8 | REQUEST FOR ISSUANCE OF SUMMONS as to Marcus J. Molinaro in his official capacity as Administrator of the Federal Transit Administration, re: 1 Complaint,. Document filed by State Of New York, State of New Jersey..(Muqaddam, Rabia) (Entered: 02/03/2026) |
| 02/03/2026 | 9 | REQUEST FOR ISSUANCE OF SUMMONS as to Build America Bureau, re: 1 Complaint,. Document filed by State Of New York, State of New Jersey..(Muqaddam, Rabia) (Entered: 02/03/2026) |
| 02/03/2026 | 10 | REQUEST FOR ISSUANCE OF SUMMONS as to Dr. Morteza Farajian in his official capacity as Executive Director of the Build America Bureau, re: 1 Complaint,. Document filed by State Of New York, State of New Jersey..(Muqaddam, Rabia) (Entered: 02/03/2026) |
| 02/03/2026 | 11 | PROPOSED ORDER TO SHOW CAUSE WITH EMERGENCY RELIEF. Document filed by State Of New York, State of New Jersey..(Muqaddam, Rabia) **Proposed Order to Show Cause to be reviewed by Clerk's Office staff.** (Entered: 02/03/2026) |
| 02/03/2026 | 12 | MEMORANDUM OF LAW in Support re: 11 Proposed Order to Show Cause With Emergency Relief . Document filed by State Of New York, State of New Jersey..(Muqaddam, Rabia) (Entered: 02/03/2026) |
| 02/03/2026 | 13 | AFFIRMATION of Stephen C. Thompson in Support re: 11 Proposed Order to Show Cause With Emergency Relief. Document filed by State Of New York, State of New Jersey. (Attachments: # 1 Exhibit 1 – Sincaglia Declaration, # 2 Exhibit 2 – Ullman Declaration, # 3 Exhibit 3 – 2021 Environmental Impact Statement, # 4 Exhibit 4 – New York Times article, # 5 Exhibit 5 – DOT website for the Project, # 6 Exhibit 6 – Regional Plan Association news release, # 7 Exhibit 7 – FTA press release, # 8 Exhibit 8 – 2023 Project Development Agreement, # 9 Exhibit 9 – 2022 RAISE Award Fact Sheets, # 10 Exhibit 10 – Mega Program FY2022 Fact Sheets, # 11 Exhibit 11 – September 30 Suspension Letter, # 12 Exhibit 12 – CNBC article, # 13 Exhibit 13 – DOT press release, # 14 Exhibit 14 – Fox Business article, # 15 Exhibit 15 – NJ Biz article, # 16 Exhibit 16 – October 2, 2025 letter, # 17 Exhibit 17 – October 7, 2025 letter, # 18 Exhibit 18 – October 21, 2025 letter, # 19 Exhibit 19 – December 1, 2025 letter, # 20 Exhibit 20 – December 8, 2025 letter, # 21 Exhibit 21 – January 8, 2026 letter, # 22 Exhibit 22 – NJT 2024 Annual Report, # 23 Exhibit 23 – CBS News article, # 24 Exhibit 24 – Regional Planning Association report).(Muqaddam, Rabia) (Entered: 02/03/2026) |
| 02/03/2026 | 14 | NOTICE OF APPEARANCE by Stephen Christopher Thompson on behalf of State Of New York..(Thompson, Stephen) (Entered: 02/03/2026) |
| 02/03/2026 | 15 | NOTICE OF APPEARANCE by Jessica Grace Ranucci on behalf of State Of New York..(Ranucci, Jessica) (Entered: 02/03/2026) |

| 02/04/2026 | | CASE OPENING INITIAL ASSIGNMENT NOTICE: The above–entitled action is assigned to Judge Victor Marrero. Please download and review the Individual Practices of the assigned District Judge, located at https://nysd.uscourts.gov/judges/district–judges. Attorneys are responsible for providing courtesy copies to judges where their Individual Practices require such. Please download and review the ECF Rules and Instructions, located at https://nysd.uscourts.gov/rules/ecf–related–instructions..(vf) (Entered: 02/04/2026) |
|---|---|---|
| 02/04/2026 | | Magistrate Judge Ona T. Wang is designated to handle matters that may be referred in this case. Pursuant to 28 U.S.C. Section 636(c) and Fed. R. Civ. P. 73(b)(1) parties are notified that they may consent to proceed before a United States Magistrate Judge. Parties who wish to consent may access the necessary form at the following link: https://nysd.uscourts.gov/sites/default/files/2018–06/AO–3.pdf. (vf) (Entered: 02/04/2026) |
| 02/04/2026 | | Case Designated ECF. (vf) (Entered: 02/04/2026) |
| 02/04/2026 | | ***NOTICE TO COURT REGARDING PROPOSED ORDER TO SHOW CAUSE WITH EMERGENCY RELIEF. Document No. 11 Proposed Order to Show Cause With Emergency Relief was reviewed and approved as to form. (nd) (Entered: 02/04/2026) |
| 02/04/2026 | 16 | ELECTRONIC SUMMONS ISSUED as to United States Department of Transportation. (vf) (Entered: 02/04/2026) |
| 02/04/2026 | 17 | ELECTRONIC SUMMONS ISSUED as to Sean Duffy. (vf) (Entered: 02/04/2026) |
| 02/04/2026 | 18 | ELECTRONIC SUMMONS ISSUED as to Federal Railroad Administration. (vf) (Entered: 02/04/2026) |
| 02/04/2026 | 19 | ELECTRONIC SUMMONS ISSUED as to David Fink. (vf) (Entered: 02/04/2026) |
| 02/04/2026 | 20 | ELECTRONIC SUMMONS ISSUED as to Federal Transit Administration. (vf) (Entered: 02/04/2026) |
| 02/04/2026 | 21 | ELECTRONIC SUMMONS ISSUED as to Marcus J. Molinaro. (vf) (Entered: 02/04/2026) |
| 02/04/2026 | 22 | ELECTRONIC SUMMONS ISSUED as to Build America Bureau. (vf) (Entered: 02/04/2026) |
| 02/04/2026 | 23 | ELECTRONIC SUMMONS ISSUED as to Dr. Morteza Farajian. (vf) (Entered: 02/04/2026) |
| 02/04/2026 | 24 | NOTICE OF APPEARANCE by Lauren Elizabeth Van Driesen on behalf of State of New Jersey..(Van Driesen, Lauren) (Entered: 02/04/2026) |
| 02/04/2026 | | NOTICE OF CASE REASSIGNMENT to Judge Jeannette A. Vargas. Judge Victor Marrero is no longer assigned to the case. (vba) (Entered: 02/04/2026) |
| 02/04/2026 | | ***NOTICE TO COURT REGARDING PROPOSED ORDER TO SHOW CAUSE WITH EMERGENCY RELIEF. Document No. 11 Proposed Order to Show Cause With Emergency Relief was reviewed and approved as to form. (nd) (Entered: 02/04/2026) |
| 02/04/2026 | 25 | MOTION for Shankar Duraiswamy to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–32362631. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by State of New Jersey. (Attachments: # 1 Proposed Order Proposed Order for Admission Pro Hac Vice).(Duraiswamy, Shankar) (Entered: 02/04/2026) |
| 02/04/2026 | | >>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 25 MOTION for Shankar Duraiswamy to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–32362631. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (bc) (Entered: 02/04/2026) |
| 02/04/2026 | 26 | NOTICE OF APPEARANCE by Tara Schwartz on behalf of Build America Bureau, Sean Duffy, Dr. Morteza Farajian, Federal Railroad Administration, Federal Transit Administration, David Fink, Marcus J. Molinaro, United States Department of |

| | | |
|---|---|---|
| | | Transportation..(Schwartz, Tara) (Entered: 02/04/2026) |
| 02/04/2026 | 27 | LETTER addressed to Judge Jeannette A. Vargas from Tara Schwartz dated February 4, 2026 re: Courts Individual Rules and Practices Regarding Civil Matters in which the United States Attorney for the Southern District of New York or the United States Department of Justice Represents a Party. Document filed by Build America Bureau, Sean Duffy, Dr. Morteza Farajian, Federal Railroad Administration, Federal Transit Administration, David Fink, Marcus J. Molinaro, United States Department of Transportation..(Schwartz, Tara) (Entered: 02/04/2026) |
| 02/04/2026 | 28 | NOTICE OF APPEARANCE by Chibogu Nneka Nzekwu on behalf of Build America Bureau, Sean Duffy, Dr. Morteza Farajian, Federal Railroad Administration, Federal Transit Administration, David Fink, Marcus J. Molinaro, United States Department of Transportation..(Nzekwu, Chibogu) (Entered: 02/04/2026) |
| 02/04/2026 | 29 | ORDER: Counsel for all parties shall appear for a hearing with respect to Plaintiffs' application for a temporary restraining order pursuant to Rule 65(b) ("TRO") on February 6, 2026, at 1:00pm. The hearing will be held in Courtroom 14C, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007. Any opposition papers to the entry of the requested TRO shall be filed by February 6, 2026, at 11:00am. Plaintiff shall serve copies of this Order and its application for a TRO upon the Civil Division of the United States Attorney's Office for the Southern District of New York by electronic mail by no later than 5:00pm today, and promptly file proof of such service on the docket. Counsel for Defendants shall promptly enter notices of appearance. ( Status Conference set for 2/6/2026 at 01:00 PM in Courtroom 14C, 500 Pearl Street, New York, NY 10007 before Judge Jeannette A. Vargas.) (Signed by Judge Jeannette A. Vargas on 2/4/2026) (sgz) (Entered: 02/04/2026) |
| 02/04/2026 | 30 | CERTIFICATE OF SERVICE of Motion for Temporary Restraining Order served on Defendants on 02/04/2026. Service was made by E−mail. Document filed by State Of New York..(Thompson, Stephen) (Entered: 02/04/2026) |
| 02/04/2026 | 31 | ORDER FOR ADMISSION PRO HAC VICE granting 25 Motion for Shankar Duraiswamy to Appear Pro Hac Vice. IT IS HEREBY ORDERED that Applicant is admitted to practice Pro Hac Vice in theabove captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. (Signed by Judge Jeannette A. Vargas on 2/4/2026) (sgz) (Entered: 02/04/2026) |
| 02/05/2026 | 32 | MOTION for Jeremy Feigenbaum to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number BNYSDC−32368359. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by State of New Jersey. (Attachments: # 1 Proposed Order to Appear Pro Hac Vice).(Feigenbaum, Jeremy) (Entered: 02/05/2026) |
| 02/05/2026 | 33 | CERTIFICATE OF SERVICE of Summons and Complaint, served. Build America Bureau served on 2/5/2026, answer due 4/6/2026; Sean Duffy served on 2/5/2026, answer due 4/6/2026; Dr. Morteza Farajian served on 2/5/2026, answer due 4/6/2026; Federal Railroad Administration served on 2/5/2026, answer due 4/6/2026; Federal Transit Administration served on 2/5/2026, answer due 4/6/2026; David Fink served on 2/5/2026, answer due 4/6/2026; Marcus J. Molinaro served on 2/5/2026, answer due 4/6/2026; United States Department of Transportation served on 2/5/2026, answer due 4/6/2026. Service was made by Mail. Document filed by State Of New York..(Thompson, Stephen) (Entered: 02/05/2026) |
| 02/05/2026 | 34 | MOTION for Janine Siran Balekdjian to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC−32369019. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by State of New Jersey. (Attachments: # 1 Affidavit Pro Hac Vice Affidavit, # 2 Supplement Certificates of Good Standing, # 3 Proposed Order Proposed Order).(Balekdjian, Janine) (Entered: 02/05/2026) |
| 02/05/2026 | 35 | MOTION for Jake Mazeitis to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC−32369389. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by State of New Jersey. (Attachments: # 1 Affidavit JM Affidavit, # 2 Supplement NJ Cert. of Good Standing, # 3 Supplement CO Cert. of Good Standing, # 4 Proposed Order JM Proposed Order).(Mazeitis, Jake) |

| | | |
|---|---|---|
| | | (Entered: 02/05/2026) |
| 02/05/2026 | 36 | MOTION for Naima Drecker–Waxman to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–32369696. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by State of New Jersey. (Attachments: # 1 Proposed Order to Appear Pro Hac Vice).(Drecker–Waxman, Naima) (Entered: 02/05/2026) |
| 02/05/2026 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 32 MOTION for Jeremy Feigenbaum to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number BNYSDC–32368359. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (rju)** (Entered: 02/05/2026) |
| 02/05/2026 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 34 MOTION for Janine Siran Balekdjian to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–32369019. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (rju)** (Entered: 02/05/2026) |
| 02/05/2026 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 35 MOTION for Jake Mazeitis to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–32369389. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (rju)** (Entered: 02/05/2026) |
| 02/05/2026 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 36 MOTION for Naima Drecker–Waxman to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–32369696. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (rju)** (Entered: 02/05/2026) |
| 02/06/2026 | 37 | ORDER FOR ADMISSION PRO HAC VICE granting 32 Motion for Jeremy Feigenbaum to Appear Pro Hac Vice. (Signed by Judge Jeannette A. Vargas on 2/6/2026) (ks) Transmission to Attorney Services/Help Desk. (Entered: 02/06/2026) |
| 02/06/2026 | 38 | ORDER FOR ADMISSION PRO HAC VICE granting 34 Motion for Janine Balekdjian to Appear Pro Hac Vice. (Signed by Judge Jeannette A. Vargas on 2/6/2026) (ks) Transmission to Attorney Services/Help Desk. (Entered: 02/06/2026) |
| 02/06/2026 | 39 | ORDER FOR ADMISSION PRO HAC VICE granting 35 Motion for Jake Mazeitis to Appear Pro Hac Vice. (Signed by Judge Jeannette A. Vargas on 2/6/2026) (ks) Transmission to Attorney Services/Help Desk. (Entered: 02/06/2026) |
| 02/06/2026 | 40 | ORDER FOR ADMISSION PRO HAC VICE granting 36 Motion for Naima Drecker–Waxman to Appear Pro Hac Vice. (Signed by Judge Jeannette A. Vargas on 2/6/2026) (ks) Transmission to Attorney Services/Help Desk. (Entered: 02/06/2026) |
| 02/06/2026 | 41 | RESPONSE re: 12 Memorandum of Law in Support *of Defendants' Motion to Dismiss and in Opposition to Plaintiffs' Request for a Temporary Restraining Order*. Document filed by Build America Bureau, Sean Duffy, Dr. Morteza Farajian, Federal Railroad Administration, Federal Transit Administration, David Fink, Marcus J. Molinaro, United States Department of Transportation..(Schwartz, Tara) (Entered: 02/06/2026) |
| 02/06/2026 | 42 | LETTER MOTION to Seal addressed to Judge Jeannette A. Vargas from C. Nneka Nzekwu dated 2/6/26. Document filed by Build America Bureau, Sean Duffy, Dr. Morteza Farajian, Federal Railroad Administration, Federal Transit Administration, David Fink, Marcus J. Molinaro, United States Department of Transportation. Return Date set for 2/6/2026 at 01:00 PM..(Nzekwu, Chibogu) (Entered: 02/06/2026) |
| 02/06/2026 | 43 | ***SEALED***DECLARATION of Matthew Hawkins in Support re: 42 LETTER MOTION to Seal addressed to Judge Jeannette A. Vargas from C. Nneka Nzekwu dated 2/6/26.. Document filed by Build America Bureau, Sean Duffy, Dr. Morteza Farajian, Federal Railroad Administration, Federal Transit Administration, David Fink, Marcus J. Molinaro, United States Department of Transportation. (Attachments: # 1 Exhibit FTA CIG Grant, # 2 Exhibit FTA RAISE Grant, # 3 Exhibit General Terms and Conditions Under the Fiscal Year 2023 RAISE Program: FTA Projects, # 4 |

| | | |
|---|---|---|
| | | Exhibit FRA FSP Grant, # 5 Exhibit RRIF Loan Agreement, # 6 Exhibit RRIF Loans Agreement, # 7 Exhibit RRIF Loans Agreement)Motion or Order to File Under Seal: 42 .(Nzekwu, Chibogu) (Entered: 02/06/2026) |
| 02/06/2026 | 44 | CERTIFICATE OF SERVICE of Unredacted Exhibits served on Plaintiffs on 2.6.26. Service was made by Email. Document filed by Build America Bureau, Sean Duffy, Dr. Morteza Farajian, Federal Railroad Administration, Federal Transit Administration, David Fink, Marcus J. Molinaro, United States Department of Transportation..(Nzekwu, Chibogu) (Entered: 02/06/2026) |
| 02/06/2026 | 45 | OPINION AND ORDER: The Court is also persuaded that Plaintiffs would suffer irreparable harm in the absence of an injunction. Monetary loss can constitute irreparable harm when a party would have no means to recoup such losses through a subsequent action for monetary damages, see, e.g., United States v. New York, 708 F.2d 92, 93 (2d Cir. 1983), and Plaintiffs have adequately demonstrated that they would imminently suffer such loss if GDC is forced to shut down its operations. Additionally, the balance of the equities weighs in favor of injunctive relief, as Plaintiffs have adequately shown that the public interest would be harmed by a delay in a critical infrastructure project. Sufficient reason having been shown, the Court accordingly ORDERS that, pending the hearing of Plaintiffs application for a preliminary injunction, the Defendants are enjoined from implementing the September 30, 2025 suspension of federal disbursements for the Hudson Tunnel Project pursuant to Rule 65(b) of the Federal Rules of Civil Procedure. Additionally, the parties are ORDERED to meet and confer, and by February 11, 2026, to submit a joint letter to the Court that addresses the following: 1) Whether, in connection with the motion for a preliminary injunction, the Courts consideration of the likelihood of success on Plaintiffs APA claims is confined to an administrative record compiled by the United States Department of Transportation (DOT); 2) The timing of the submission of a certified administrative record by the DOT for the Courts review; 3) Whether any party will be seeking expedited discovery in connection with the motion for a preliminary injunction, and if so, the nature of such discovery; 4) Whether any party requests an evidentiary hearing in connection with the motion for a preliminary injunction, and if so, the timing and anticipated length of such a hearing; 5) Whether the Court should consolidate a hearing on the preliminary injunction motion with a trial on the merits, pursuant to Rule 65(a)(2) of the Federal Rules of Civil Procedure; 6) A briefing schedule for Defendants motion to dismiss for lack of jurisdiction; and7) Whether, in light of Defendants motion to dismiss, Plaintiffs anticipate amending their complaint as of right, pursuant to Rule 15(a)(1)(B) of the Federal Rules of Civil Procedure.SO ORDERED. (Signed by United States District Judge Jeannette A. Vargas on 2/6/2026) (laq) Modified on 2/6/2026 (laq). (Entered: 02/06/2026) |
| 02/08/2026 | 46 | NOTICE OF INTERLOCUTORY APPEAL from 45 Memorandum & Opinion,,,,,,,,,. Document filed by Build America Bureau, Sean Duffy, Dr. Morteza Farajian, Federal Railroad Administration, Federal Transit Administration, David Fink, Marcus J. Molinaro, United States Department of Transportation. Form C and Form D are due within 14 days to the Court of Appeals, Second Circuit..(Nzekwu, Chibogu) (Entered: 02/08/2026) |
| 02/09/2026 | 47 | MOTION to Stay re: 45 Memorandum & Opinion,,,,,,,,, . Document filed by Build America Bureau, Sean Duffy, Dr. Morteza Farajian, Federal Railroad Administration, Federal Transit Administration, David Fink, Marcus J. Molinaro, United States Department of Transportation..(Schwartz, Tara) (Entered: 02/09/2026) |
| 02/09/2026 | 48 | MEMORANDUM OF LAW in Support re: 47 MOTION to Stay re: 45 Memorandum & Opinion,,,,,,,,, . . Document filed by Build America Bureau, Sean Duffy, Dr. Morteza Farajian, Federal Railroad Administration, Federal Transit Administration, David Fink, Marcus J. Molinaro, United States Department of Transportation..(Schwartz, Tara) (Entered: 02/09/2026) |
| 02/09/2026 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 46 Notice of Interlocutory Appeal,..(nd) (Entered: 02/09/2026) |
| 02/09/2026 | | Appeal Record Sent to USCA (Electronic File). Certified Indexed record on Appeal Electronic Files for 46 Notice of Interlocutory Appeal, filed by United States Department of Transportation, Dr. Morteza Farajian, David Fink, Federal Transit Administration, Marcus J. Molinaro, Sean Duffy, Federal Railroad Administration, |

|            |   |                                                                                                                                              |
|------------|---|----------------------------------------------------------------------------------------------------------------------------------------------|
|            |   | Build America Bureau were transmitted to the U.S. Court of Appeals..(nd) (Entered: 02/09/2026)                                                |
| 02/09/2026 |   | Appeal Fee Not Required for <u>46</u> Notice of Interlocutory Appeal,. Appeal filed by U.S. Government..(nd) (Entered: 02/09/2026)            |