

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*86 Chambers Street*
*New York, New York 10007*

**By electronic filing**                                February 10, 2026

Catherine O'Hagan Wolfe
Clerk of Court
United States Court of Appeals for the Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

> Re:  *New Jersey v. United States Department of Transportation*, No. 26-282
>       Defendants-Appellants' Fed. R. App. P. 28(j) Letter Regarding
>       *Gateway Development Commission v. United States*, No. 26-176 (Ct. Fed. Cl.)

Dear Ms. Wolfe:

This Office represents defendants-appellants (the "government") in the above-named appeal. The government respectfully writes pursuant to Rule 28(j) to apprise the Court of the expedited briefing schedule in *Gateway Development Commission v. United States*, No. 26-176, the related action before the Court of Federal Claims.

On February 10, 2026, a status conference was held in that court. During that conference, the court ordered an expedited briefing schedule on Gateway Development Commission's ("GDC's") motion for partial summary judgment seeking immediate payment of past-due money, i.e., $205 million—the same relief plaintiffs in this action demand. The court indicated that after briefing is completed, it would issue a ruling from the bench on March 12, 2026.

The expedited schedule in the Court of Federal Claims demonstrates that that court is moving quickly to resolve the issues before it. Given that plaintiffs in this case are seeking the same relief as GDC is pursuing in the Court of Federal Claims, an administrative stay and stay pending appeal of the district court's order is especially warranted to avoid interfering with the pending parallel litigation in the *GDC* matter.

Thank you for your consideration.

Page 2

Respectfully,

JAY CLAYTON
United States Attorney for the
Southern District of New York

By:    */s/ Tara Schwartz*
TARA SCHWARTZ
C. NNEKA NZEKWU
Assistant United States Attorney
86 Chambers Street, Third Floor
New York, NY 10007
Tel: (212) 637-2633/2737
Email: tara.schwartz@usdoj.gov
          chibogu.nzekwu@usdoj.gov

cc: Counsel for Plaintiffs (by electronic filing)