# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 12th day of February, two thousand twenty-six.

Before:      Sarah A. L. Merriam,
             *Circuit Judge.*

_____

State of New Jersey, State of New York,

      Plaintiffs - Appellees,

  v.

United States Department of Transportation, Sean Duffy, in his official capacity as Secretary of Transportation, Federal Railroad Administration, David Fink, in his official capacity as Administrator of the Federal Railroad Administration, Federal Transit Administration, Marcus J. Molinaro, in his official capacity as Administrator of the Federal Transit Administration, Build America Bureau, Dr, Morteza Farajian, in his official capacity as Executive Director of the Build America Bureau,

      Defendants - Appellants.

_____

**ORDER**

Docket No. 26-282

Appellants move for a stay of the district court's February 6, 2026 order.

IT IS HEREBY ORDERED that the motion is REFERRED to a motions panel sitting as early as the week of February 23, 2026.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court