**United States Court of Appeals for the Second Circuit**
**Thurgood Marshall U.S. Courthouse**
**40 Foley Square**
**New York, NY 10007**

| | |
|---|---|
| **DEBRA ANN LIVINGSTON**<br>CHIEF JUDGE | **CATHERINE O'HAGAN WOLFE**<br>CLERK OF COURT |

Date: February 26, 2026
Docket #: 26-282
Short Title: State of New Jersey v. United States Department of Transportation

Agency #:
Agency: 178

### NOTICE OF MOTION PLACED ON THE CALENDAR

A motion for stay pending appeal filed in the above-referenced case has been added as a submitted case to the substantive motions calendar for Tuesday, March 3, 2026.

Inquiries regarding this case may be directed to 212-857-8595.