# ACKNOWLEDGMENT AND NOTICE OF APPEARANCE

Short Title: State of New Jersey v. United States Department of Transportation    Docket No.: 26-282

Lead Counsel of Record (name/firm) or Pro se Party (name): Jeremy M. Feigenbaum, Office of the New Jersey Attorney General

Appearance for (party/designation): State of New Jersey

## DOCKET SHEET ACKNOWLEDGMENT/AMENDMENTS

**Caption as indicated is:**
- [✓] Correct
- [ ] Incorrect. See attached caption page with corrections.

**Appellate Designation is:**
- [✓] Correct
- [ ] Incorrect. The following parties do not wish to participate in this appeal:
  Parties: _____
- [ ] Incorrect. Please change the following parties' designations:
  Party                    Correct Designation

**Contact Information for Lead Counsel/Pro Se Party is:**
- [✓] Correct
- [ ] Incorrect or Incomplete. As an e-filer, I have updated my contact information in the PACER "Manage My Account" screen.

Name: _____
Firm: _____
Address: _____
Telephone: _____    Fax: _____
Email: _____

## RELATED CASES

- [✓] This case has not been before this Court previously.
- [ ] This case has been before this Court previously. The short title, docket number, and citation are: _____
- [ ] Matters related to this appeal or involving the same issue have been or presently are before this Court. The short titles, docket numbers, and citations are: _____

## CERTIFICATION

I certify that [✓] I am admitted to practice in this Court and, if required by LR 46.1(a)(2), have renewed my admission on _____ OR that [ ] I applied for admission on _____ or renewal on _____. If the Court has not yet admitted me or approved my renewal, I have completed Addendum A.

Signature of Lead Counsel of Record: /s/ Jeremy M. Feigenbaum
Type or Print Name: Jeremy M. Feigenbaum

OR

Signature of pro se litigant: _____
Type or Print Name: _____
- [ ] I am a pro se litigant who is not an attorney.
- [ ] I am an incarcerated pro se litigant.