# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 8th day of May, two thousand twenty-six.

Before:      Alison J. Nathan,
                *Circuit Judge.*

_____

State of New Jersey, State of New York,

        Plaintiffs - Appellees,

    v.

United States Department of Transportation, Sean Duffy, in his official capacity as Secretary of Transportation, Federal Railroad Administration, David Fink, in his official capacity as Administrator of the Federal Railroad Administration, Federal Transit Administration, Marcus J. Molinaro, in his official capacity as Administrator of the Federal Transit Administration, Build America Bureau, Dr, Morteza Farajian, in his official capacity as Executive Director of the Build America Bureau,

        Defendants - Appellants.

_____

**ORDER**

Docket No. 26-282

The Government moves the Court to hold this appeal in abeyance pending the district court's decision on the Government's motion to dismiss the complaint and Plaintiffs' motion for a permanent injunction.

It is hereby ORDERED that the motion to hold the appeal in abeyance is GRANTED.

        For the Court:
        Catherine O'Hagan Wolfe,
        Clerk of Court

