

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*86 Chambers Street*
*New York, New York 10007*

July 16, 2026

**<u>By Electronic Filing</u>**
Catherine O'Hagan Wolfe
Clerk of Court
United States Court of Appeals for the Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

      Re:    *State of New Jersey et al. v. U.S. Dep't of Transp. et al.*, Docket No. 26-282

Dear Ms. Wolfe:

This Office represents the defendants-appellants (the "government") in the above-named appeal, which is currently being held in abeyance. The government respectfully writes to apprise the Court of developments in the district court action and to inform the Court that the government will notify the Court about whether it intends to pursue this appeal by August 29, 2026.

As background, the government filed this appeal on February 9, 2026, from the district court's entry of a preliminary injunction. Dkt. No. 1. The government also filed a motion for a stay pending appeal, which was denied on March 11, 2026. Dkt. No. 28. On May 4, 2026, the government moved the Court to hold this appeal in abeyance pending the district court's decision on the government's motion to dismiss and plaintiffs-appellees' motion for a permanent injunction. Dkt. No. 33. This Court granted that motion on May 8, 2026. Dkt. No. 34.

On June 30, 2026, the district court entered final judgment in the action before it, after issuing an opinion and order on the government's motion to dismiss and plaintiffs-appellees' motion for a permanent injunction. The order granted in part and denied in part the government's motion to dismiss and entered an injunction against the government with respect to one of plaintiffs-appellees' claims. At present, the government is evaluating whether to pursue its existing appeal, an appeal of the permanent injunction, or both. Accordingly, the government will notify the Court by August 29, 2026, which is 60 days from entry of the district court's judgment, whether it will pursue its appeal in this case.

Respectfully submitted,

JAY CLAYTON
United States Attorney


By:     /s/ Tara Schwartz
        TARA SCHWARTZ
        Assistant United States Attorney
        86 Chambers Street, 3rd Floor
        New York, New York 10007
        Telephone: (212) 637-2633
        Email: Tara.Schwartz@usdoj.gov