**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

**By Electronic Filing**

September 8, 2026

Catherine O'Hagan Wolfe
Clerk of Court
United States Court of Appeals for the Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

Re: *State of New Jersey et al. v. U.S. Dep't of Transp. et al.*, Docket No. 26-282

Dear Ms. Wolfe:

This Office represents defendants-appellants (the "government") in the above-named appeal, which is currently being held in abeyance. The government respectfully writes to apprise the Court of its decision to withdraw this appeal.

The government filed this appeal from the district court's entry of a preliminary injunction. Dkt. No. 1. The appeal was put in abeyance pending the district court's decision on the government's motion to dismiss and plaintiffs-appellees' motion for a permanent injunction. Dkt. Nos. 33, 34. On June 30, 2026, the district court entered final judgment, granting in part and denying in part the government's motion to dismiss, and entering an injunction against the government with respect to one of plaintiffs-appellees' claims.

In light of the district court's final judgment entered on June 30, 2026, the government intends to withdraw the appeal from the district court's preliminary injunction.

Respectfully submitted,

JAMES M. MCDONALD
United States Attorney

By: *_/s/ Tara Schwartz*
TARA SCHWARTZ
C. NNEKA NZEKWU
Assistant United States Attorneys
Telephone: (212) 637-2633/2737
Email: tara.schwartz@usdoj.gov