MANDATE

# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 17th day of September, two thousand twenty-six,

State of New Jersey, State of New York,

Plaintiffs - Appellees,

v.

United States Department of Transportation, Sean Duffy, in his official capacity as Secretary of Transportation, Federal Railroad Administration, David Fink, in his official capacity as Administrator of the Federal Railroad Administration, Federal Transit Administration, Marcus J. Molinaro, in his official capacity as Administrator of the Federal Transit Administration, Build America Bureau, Dr, Morteza Farajian, in his official capacity as Executive Director of the Build America Bureau,

Defendants - Appellants.

**ORDER**
Docket No. 26-282

The parties in the above-referenced case have filed a stipulation withdrawing this appeal pursuant to FRAP 42.

The stipulation is hereby "So Ordered".

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court

UNITED STATES SECOND CIRCUIT COURT OF APPEALS

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

UNITED STATES SECOND CIRCUIT COURT OF APPEALS

MANDATE ISSUED ON 09/17/2026